UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------X
FERNANDO BARROSO,

                Plaintiff,                                           **JUDGMENT**
                                                                 12-CV-625 (RRM) (JMA)

- against -

OFFICE OF GENERAL COUNSEL, VICE
CHANCELLOR OF LEGAL AFFAIRS, CUNY,

                Defendants.
------------------------------------------------------------X
ROSLYNN R. MAUSKOPF, United States District Judge.

       An Order of the undersigned having been filed this day, granting defendants' motion to dismiss the complaint, it is

       **ORDERED, ADJUDGED AND DECREED** that plaintiff take nothing of defendants and the complaint is hereby dismissed. The Court of Court is directed to close this case.

       The Court certifies pursuant to 28 U.S.C. § 1915(a)(3) that any appeal would not be taken in good faith, and therefore, *in forma pauperis* status is denied for the purpose of any appeal.

                                                                                 SO ORDERED.

                                                                     *Roslynn R. Mauskopf*

Dated: Brooklyn, New York
        September 22, 2014                                 _____
                                                                       ROSLYNN R. MAUSKOPF
                                                                       United States District Judge